AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Rhode Island

| | |
|---|---|
| GARTH A. PALANA | JUDGMENT IN A CIVIL CASE |
| v. | |
| GULLIVER'S TAVERN, d/b/a The Foxy Lady | CASE NUMBER: C.A. No. 99-448T |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment shall enter in favor of Plaintiff in the amount of ONE AND 00/100 ($1.00) DOLLAR for nominal damages, ONE THOUSAND AND 00/100 ($1,000.00) DOLLARS for punitive damages, plus cost and reasonable attorneys' fees.

January 31, 2001
Date

David A. DiMarzio
Clerk

*Alba-Sue Mercurio*
Alba-Sue Mercurio
(By) Deputy Clerk

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.